

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-15-00732-CV

Style: Marina Presley

v. N.V. Masureel Veredeling

Date motions filed*: September 9, 2015

Type of motions: Motion to enlarge the period for payment of the clerk's record

Party filing motion: Appellant

Document to be filed:

Is appeal accelerated? No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:      Current Due date:

    Date Requested:

Ordered that motions are:

    ☐    Granted in part and dismissed in part

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☑    Dismissed (moot)

    ☐    Other: _____

    The clerk's record was filed with this Court on September 10, 2015. Accordingly, we dismiss appellant's motion to enlarge the period for payment of the clerk's record as moot.

Judge's signature: /s/ Terry Jennings
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: October 6, 2015

November 7, 2008 Revision